[No. 21670–8–I.   Division One.   March 13, 1989.]

*In the Matter of the Marriage of* ROSE MARIE WEIMER, *Respondent, and* RICHARD WEIMER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81–3–02819–7, Arden J. Bedle, J. Pro Tem., entered January 8, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Scholfield and Winsor, JJ.

[No. 19165–9–I.   Division One.   March 13, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JUAN CARLOS BARCELO–RIVERO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–01520–1, James J. Dore, J., entered September 4, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Scholfield, J.

[No. 21574–4–I.   Division One.   March 13, 1989.]

*In the Matter of the Marriage of* DANIEL W. VRADENBURG, *Appellant, and* LINDA R. VRADENBURG, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86–3–04849–2, Jerome M. Johnson, J., entered December 10, 1987. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Pekelis, J.